STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**MARILYN DELGADO PEREZ**  Case No. 21-01893-MCF

Chapter 13   Attorney Name: ADELA L TORRUELLA*

---

**I. Appearances**

| | | | |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | |
| Joint Debtor | [ ] Present | [ ] Absent | |
| Attorney for Debtor | [X] Present | [ ] Absent | |

[ ] Prose

[X] Appearing: Madeleine Llovet, Esq.

Date & Time: 7/21/2021 2:15:00PM

[X] R   [ ] NR   LV: 0.00

[X] This is debtor(s) 1 Bankruptcy filing.

**Creditors:**
Money Express by Ms. Ivelisse Romero
Primera Coop by Mr. Albert Lopez

**II. Oath Administered**
[X] Yes   [ ] No

---

**III. Plan**

Date: 06/21/2021   Base: $8,400.00   Payments 0 made out of 1 due.

Confirmation Hearing Date: 8/20/2021 1:30:00PM

Evidence of Pmt shown:

---

**Attorney's fees as per R. 2016(b)**

$4,000.00 - $112.00 = $3,888.00

---

**IV. Status of Meeting**

[X] Closed   [ ] Not Held   [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:
Comments:

---

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

MARILYN DELGADO PEREZ                         Case No.   21-01893-MCF

                              Chapter 13        Attorney Name:   ADELA L TORRUELLA*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>   [ ] State  -  years<br><br>   [ ] Federal  -  years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>   [ ] Premises<br>   [ ] Vehicle(s):<br>[ ] Licenses issued by: |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

MARILYN DELGADO PEREZ                     Case No.   21-01893-MCF

                                          Chapter 13      Attorney Name:    ADELA L TORRUELLA*

**Trustee's objection to confirmation**

[X] Objection to Confirmation
[ ] Oral objection by creditor

ID (Lic ok), SS ok, W/S ok, SC-2781 (2017 thru 2020). Nmar, Employment: (COOK) and SSI. Plan: $200 x 42 = 8,400

G.U. 12%

ACP: 3, Household size: 3

Debtor stated that she made the payment yesterday by internet. Debtor's counsel will upload to trustee's system evidence of the payment.

Matter:

OTHER:
a. All income evidence from debtor's job missing. Debtor has been working in NUC University since January or February 2021.

b. Schedule J discloses a mortgage payment of $1,2416 to BPPR. Part 8 of the plan announces a mortgage modification. Is debtor currently making the mortgage payment discloses in Schedule J?

c. Part 3.1 of the plan discloses a treatment to BPPR; however, besides naming the creditor, no further information is provided. Debtors needs to fill out the appropriate entries of part 3.1. Also, ppart3.1 needs to delete the check box next to "Trustee" because Trustee will not making the payment to the creditor.

The following party(ies) object(s) confirmation:

s/Miriam Salwen                                                      Date:     07/21/2021

Trustee/Presiding Officer                                                       (Rev. 05/13)