IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARILYN DELGADO PEREZ

DEBTOR(S)

CASE NO. 21-01893-MCF

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 3

2. The liquidation value of the estate is :$ 0.00

3. The general unsecured pool is :$ 0.00

AMENDED PLAN DATE: June 21, 2021         PLAN BASE: $8,400.00

TRUSTEE'S REPORT ON CONFIRMATION DATED: 10/22/2021

[ ] FAVORABLE          [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC § 1325(a)(6):

   Debtor has current months arrears $200.00.

2. [X] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

   Plan does not provide for the secured portion filed by AAA claim 6.

[X] OTHER:

a) Part 3.7 does not disclose the monthly payment to BPPR mortgage. Also, check box as to who will pay the current mortgage payments was check marked that will be paid by the trustee. The amount of arrears has not been included. b) Objection to confirmation filed by BPPR, requesting the lift of stay and an alternative language for "appropriate provision" disclose on part 8.3 of the plan to be revised by debtor. c) Motion to dismiss filed by Money Express at dkt. 16 and BPPR objection to confirmation are pending adjudication.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta

Atty: ADELA L TORRUELLA\*

USDC # 208910
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - EN